**Order entered April 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00214-CV

### SAN SABA PECAN, LP, Appellant

### V.

### GIVE AND GO PREPARED FOODS CORP, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. C-17-13535**

## ORDER

Before the Court is appellant's March 29, 2019 unopposed motion for leave to file an amended brief, which is attached. We **GRANT** the motion, **STRIKE** the brief filed March 22, 2019, and **ORDER** appellant to file the amended brief no later than April 8, 2019.

Appellee shall file its brief within twenty days of the filing of appellant's amended brief.

/s/    ERIN A. NOWELL
       JUSTICE